Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
Andrew Ong (SBN 267889)
aong@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, CA 94111
Tel: +1 415 733 6000
Fax: +1 415 677 9041

Vasudha Talla (SBN 316219)
vtalla@aclunc.org
William S. Freeman (SBN 82002)
wfreeman@aclunc.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**
39 Drumm Street
San Francisco, CA 94111
Tel: +1 415 621 2493
Fax: +1 415 255 8437

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> Defendant. | Case No. 3:18-cv-4105-LB <br><br> **JOINT CASE MANAGEMENT STATEMENT** <br><br> Date:         May 20, 2021 <br> Time:        9:30 a.m. <br> Courtroom: Via Zoom <br> Judge:       Hon. Laurel Beeler |

The parties submit this joint case management statement in advance of the upcoming May 20, 2021 case management conference.

As described in the parties last Case Management Statement filed on February 4, 2021, following ICE's completion of documents productions in August 2020 in response to the ACLU's requests under the Freedom of Information Act ("FOIA"), the parties agreed to resolve the claims in this action without further litigation (in particular as to the scope of the documents produced or the agency's redactions to those documents), with the intent to enter into a settlement agreement whereunder the ACLU will dismiss the claims in this action. The ACLU intends to seek attorneys' fees and costs and the parties agreed to attempt to negotiate a resolution of fees and costs.

On April 15, 2021, the ACLU presented a fees and costs proposal to the agency, which the agency is now assessing. In light of this, the parties respectfully ask the Court to take the upcoming case management conference on May 20, 2021 off calendar while the parties attempt to resolve the fees and costs issue. The parties propose that they file a joint update with the Court by July 30, 2021.

Dated: May 11, 2021                                Respectfully submitted,

                                                   By: /s/ Neel Chatterjee
                                                       Neel Chatterjee
                                                       Andrew Ong
                                                       Hayes P. Hyde
                                                       **GOODWIN PROCTER LLP**

                                                       Vasudha Talla
                                                       William S. Freeman
                                                       **AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**

                                                       *Attorneys for Plaintiff*

Dated: May 11, 2021                                STEPHANIE M. HINDS
                                                   Acting United States Attorney

                                                   By: /s/ Kenneth Brakebill
                                                       KENNETH BRAKEBILL
                                                       Assistant United States Attorney

1

## ATTORNEY ATTESTATION

I hereby attest, pursuant to Local Rule 5-1(i)(3), that I obtained the concurrence in the filing of this document from the signatories indicated by the conformed signature (/s/).

/s/ Neel Chatterjee
Neel Chatterjee

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on May 11, 2021.  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.  Executed on May 11, 2021, in Los Altos, California.

                                            /s/ Neel Chatterjee
                                              Neel Chatterjee